[No. 43153-0-II.   Division Two.   December 3, 2013.]

*In the Matter of the Detention of* JOE L. TODD.

Appeal from a judgment of the Superior Court for Clark County, No. 10-2-01869-1, Richard A. Melnick, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 43154-8-II.   Division Two.   December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE ALAN HOUSER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03022-2, Rosanne Buckner, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 43190-4-II.   Division Two.   December 3, 2013.]

*In the Matter of the Marriage of* GWENDOLYN KASEBURG, *Respondent*, and JEFFREY KASEBURG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-3-01481-6, Rosanne Buckner, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.

[No. 43244-7-II.   Division Two.   December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO JAVIER MILLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01782-0, Thomas P. Larkin, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.